UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 1:14-cv-23-FDW-DSC

| RICKY L. DOUGHER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Consent Motion for Remand to the Commissioner of the Social Security Administration. (Doc. No. 12). For the reasons stated in the memorandum in support (Doc. No. 13), the motion is GRANTED. Accordingly, Plaintiff's pending Motion for Summary Judgment (Doc. No. 8) is DENIED AS MOOT.

Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, has moved this Court to enter a judgment remanding this case for further administrative proceedings and development. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, this Court hereby REMANDS this case to the Commissioner for further administrative proceedings and development, and DENIES Plaintiff's pending motion for summary judgment as moot.

The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Signed: October 6, 2014

Frank D. Whitney
Chief United States District Judge