# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Ricky L. Dougher, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:14-cv-00023-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of Social Security | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 6, 2014 Order.

October 6, 2014

_____

Frank G. Johns, Clerk
United States District Court